**William A. Romaine #126966**

Law Office of William A. Romaine
206 West Lacey Boulevard #309
Hanford, California 93230

Telephone: 559 582 9360
Telecopier: 559 582 9350

war@lawromaine.com

# United States District Court
# Eastern District of California

| Misty Dawn Reitz and Nicholas Ivey, | Case No.: 2:14-CV-01614 GEB EFB |
|---|---|
| Plaintiffs, vs. Progressive Direct Insurance Company, et.al., Defendants. | STIPULATION AND ORDER TO DISMISS DOE DEFENDANTS |

By and through their respective legal counsel of record, the parties hereto do hereby stipulate that all defendants denominated in the complaint in the above-entitled matter by the fictitious names of DOE I through CC, inclusive may be dismissed from the above-entitled action without prejudice.

It is so stipulated:

Dated: _____1-20-2015_____        Law Office of William A. Romaine

By:_____/s_____
William A. Romaine, Attorney for Plaintiffs

Dated: _____1-20-2015_____        Law Offices of Julia Azrael

By:_____/s_____

Julia Azrael, Attorney for Defendants.

**ORDER**

Upon stipulation of the parties as hereinabove set forth,

IT IS HEREBY ORDERED that all defendants denominated in the complaint in the above-entitled matter by the fictitious names of DOE I through CC, inclusive may be and are hereby dismissed from the above-entitled action without prejudice.

Dated:  January 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge