UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY DAWN REITZ, and NICHOLAS IVEY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation registered to do business in the State of California,<br><br>　　　　　Defendant. | No. 2:14-cv-01614-GEB-EFB<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |

　　　　The parties shall file a supplemental Joint Pretrial Statement no later than November 25, 2015, since the Joint Pretrial Statement filed on November 16, 2015, (ECF No. 50), does not succinctly "set forth each theory of liability ('claim') and affirmative defense which remains to be tried, and the ultimate facts on which each theory/defense is based" as required by the November 21, 2014 Status (Pretrial Scheduling) Order. (Status Order 3:21-25, ECF No. 20.) The supplemental Joint Pretrial Statement shall set forth the referenced matters.

///

///

1

In light of the required supplemental filing, the Final Pretrial Conference is continued to commence at 1:30 p.m. on December 7, 2015.

Dated: November 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2