UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY DAWN REITZ, and NICHOLAS IVEY,<br><br>                Plaintiffs,<br><br>     v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation registered to do business in the State of California,<br><br>                Defendant. | No.  2:14-cv-01614-GEB-EFB<br><br>**ORDER AMENDING FINAL PRETRIAL ORDER** |

The Final Pretrial Order filed December 1, 2015, is amended as follows:

**SETTLEMENT CONFERENCE**

A settlement conference is scheduled before the Honorable Carolyn K. Delaney at 9:30 a.m. on January 8, 2016. Each party shall have a principal with authority to settle the case on any terms present at the settlement conference.

Each party shall submit a settlement conference statement directly to the chambers of Judge Delaney seven (7) days prior to the settlement conference. Such statements shall not be filed with the clerk nor served on opposing counsel.

1

However, each party shall notify the other party that the statement has been submitted to the settlement judge's chambers.

Dated: December 2, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge